**Opinion filed October 18, 2018**



## In The

# Eleventh Court of Appeals

_____

## No. 11-17-00186-CV
_____

## DAVID MEISELL ET AL., Appellants
## V.
## ECTOR COUNTY HOSPITAL DISTRICT ET AL., Appellees

**On Appeal from the 161st District Court**
**Ector County, Texas**
**Trial Court Cause No. B-16-12-1180-CV**

## M E M O R A N D U M   O P I N I O N

Appellants have filed in this court an unopposed motion to dismiss this appeal. Appellants state that "[a]ll claims have now been settled or otherwise resolved," and Appellants request that this court dismiss this cause. In accordance with Appellants' request, we dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

October 18, 2018                                             PER CURIAM

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.